# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, K.M. MCDONALD**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**SEAN M. O'BRIEN**
**CHIEF CULINARY SPECIALIST (E-7), U.S. NAVY**

**NMCCA 201400383**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 30 June 2014.
**Military Judge:** CDR Marcus Fulton, JAGC, USN.
**Convening Authority:** Commander, Navy Region Hawaii, Pearl Harbor, HI.
**Staff Judge Advocate's Recommendation:** LCDR J.S. Ayeroff, JAGC, USN.
**For Appellant:** Maj Jeffrey Stephens, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**29 January 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the word "toughing" in Specifications 1 through 7 of Charge III on the court-martial order of 14 October 2014 should read "touching."

For the Court

R.H. TROIDL
Clerk of Court